1  LAW OFFICES OF BRIAN G. HANNEMANN
   Brian G. Hannemann (State Bar No. 166109)
2  1943 N. Campus Avenue, Suite B-333
   Upland, California  91784
3  Telephone:  909-980-7878
   Facsimile:  909-912-8999
4  Email: brian@hannemannlawfirm.com

5  Attorneys for Plaintiffs
   TERRY R. DUNLEVY and KATHLEEN A.
6  DUNLEVY

7  Philip D. Kohn (State Bar No. 90158)
     City Attorney
8  Mark J. Austin (State Bar No. 208880)
   RUTAN & TUCKER, LLP
9  611 Anton Boulevard, Fourteenth Floor
   Costa Mesa, California 92626-1931
10 Telephone:  714-641-5100
   Facsimile:   714-546-9035
11 Email:  maustin@rutan.com

12 Attorneys for Defendants
   CITY OF LAGUNA BEACH,
13 LAGUNA BEACH POLICE DEPARTMENT
   CHIEF MICHAEL SELLERS, SERGEANT
14 GUY MILLER, SERGEANT JENNY JONES
   and OFFICER DUSTIN STAAL

15

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18                    **SOUTHERN DIVISION**

| | |
|---|---|
| 19  TERRY R. DUNLEVY, an individual; KATHLEEN A. DUNLEVY, an | Case No. SACV 07-00398-JVS (MLGx) |
| 20  individual, | Assigned to The Honorable James V. Selna |
| 21              Plaintiffs, | |
| 22        v. | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| 23  CITY OF LAGUNA BEACH, a public entity; LAGUNA BEACH POLICE | |
| 24  DEPARTMENT CHIEF MICHAEL SELLERS, an individual; SERGEANT | |
| 25  GUY MILLER, an individual; SERGEANT JENNY JONES, an | |
| 26  individual; OFFICER STARL, an individual; and DOES 1 through 10, | |
| 27  inclusive, | |
| 28              Defendants. | |

1    It is hereby stipulated and agreed, by and between the parties to this action,

2  that the above-captioned action shall be, and hereby is, dismissed <u>with prejudice</u>

3  pursuant to FRCP 41(a)(1)(A)(ii).

4

5  Dated:  October 16, 2008             LAW OFFICES OF BRIAN G.
                                        HANNEMANN
6                                       BRIAN G. HANNEMANN

7                                       By: _____

8                                           Brian G. Hannemann
                                            Attorneys for Plaintiffs
9                                           TERRY R. DUNLEVY and
                                            KATHLEEN A. DUNLEVY
10

11  Dated:  October 16, 2008            RUTAN & TUCKER, LLP
                                        PHILIP D. KOHN
12                                      MARK J. AUSTIN

13                                      By: _____

14                                          Mark J. Austin
                                            Attorneys for Defendants
15                                          CITY OF LAGUNA BEACH;
                                            LAGUNA BEACH POLICE
16                                          DEPARTMENT CHIEF MICHAEL
                                            SELLERS; SERGEANT GUY
17                                          MILLER; SERGEANT JENNY
                                            JONES; and OFFICER DUSTIN
18                                          STAAL

19

20  Dated: _October 16, 2008_           TERRY R. DUNLEVY

21                                      By: _____

22                                          Terry R. Dunlevy

23

24  Dated: _October 16, 2008_           KATHLEEN A. DUNLEVY

25                                      By: _____

26                                          Kathleen A. Dunlevy

27

28                      [Additional Signatures to Follow]

972/053733-0513
963134.01 a10/16/08                     -1-

1     It is hereby stipulated and agreed, by and between the parties to this action,

2 that the above-captioned action shall be, and hereby is, dismissed <u>with prejudice</u>

3 pursuant to FRCP 41(a)(1)(A)(ii).

4

5 Dated:  October 23, 2008            LAW OFFICES OF BRIAN G.
                                   HANNEMANN

6                                      BRIAN G. HANNEMANN

7                                    By:_____

8                                         Brian G. Hannemann

9                                         Attorneys for Plaintiffs
                                   TERRY R. DUNLEVY and
                                   KATHLEEN A. DUNLEVY

10

11 Dated:  October 23, 2008            RUTAN & TUCKER, LLP
                                   PHILIP D. KOHN

12                                    MARK J. AUSTIN

13                                    By:_____

14                                        Mark J. Austin

15                                       Attorneys for Defendants
                                   CITY OF LAGUNA BEACH;
                                   LAGUNA BEACH POLICE

16                                    DEPARTMENT CHIEF MICHAEL
                                   SELLERS; SERGEANT GUY

17                                    MILLER; SERGEANT JENNY
                                   JONES; and OFFICER DUSTIN

18                                    STAAL

19

20 Dated:  _____            TERRY R. DUNLEVY

21

22                                    By:_____

23                                      Terry R. Dunlevy

24 Dated:  _____            KATHLEEN A. DUNLEVY

25

26                                    By:_____
                                   Kathleen A. Dunlevy

27

28                  [Additional Signatures to Follow]

| | |
|---|---|
| 1 | Dated: _October 16, 2008_ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Dated: _____ |
| 9 | |
| 10 | |
| 11 | |
| 12 | Dated: _____ |
| 13 | |
| 14 | |
| 15 | |
| 16 | Dated: _____ |
| 17 | |
| 18 | |
| 19 | |
| 20 | Dated: _____ |
| 21 | |
| 22 | |
| 23 | |
| 24 | Dated: _____ |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ESTATE OF MATTHEW FRANCIS DUNLEVY

By: _____
Terry R. Dunlevy, Estate Representative

By: _____
Kathleen A. Dunlevy, Estate Representative

CITY OF LAGUNA BEACH

By: _____
Kenneth Frank, City Manager

MICHAEL SELLERS (named herein as "Laguna Beach Police Department Chief Michael Sellers")

By: _____
Michael Sellers

CHARLES MILLER (named herein as "Sergeant Guy Miller")

By: _____
Charles Miller

JENNEY JONES (named herein as "Sergeant Jenny Jones")

By: _____
Jenny Jones

GAREY DUSTIN STAAL (named herein as "Officer Starl")

By: _____
Garey Dustin Staal

1    Dated: _____

2

3

4

5

6

7

8    Dated: _10 /23/08_

9

10

11

12    Dated: _____

13

14

15

16    Dated: _____

17

18

19

20    Dated: _____

21

22

23

24    Dated: _____

25

26

27

28

ESTATE OF MATTHEW FRANCIS DUNLEVY

By:_____
     Terry R. Dunlevy, Estate
     Representative

By:_____
     Kathleen A. Dunlevy, Estate
     Representative

CITY OF LAGUNA BEACH

By: _Kenneth Frank_
     Kenneth Frank, City Manager

MICHAEL SELLERS (named herein as "Laguna Beach Police Department Chief Michael Sellers")

By:_____
     Michael Sellers

CHARLES MILLER (named herein as "Sergeant Guy Miller")

By:_____
     Charles Miller

JENNEY JONES (named herein as "Sergeant Jenny Jones")

By:_____
     Jenny Jones

GAREY DUSTIN STAAL (named herein as "Officer Starl")

By:_____
     Garey Dustin Staal

1  Dated: _____                    ESTATE OF MATTHEW FRANCIS
                                             DUNLEVY
2

3                                            By: _____
4                                                Terry R. Dunlevy, Estate
                                                 Representative
5
                                             By: _____
6                                                Kathleen A. Dunlevy, Estate
                                                 Representative
7

8  Dated: _____                    CITY OF LAGUNA BEACH

9
                                             By: _____
10                                               Kenneth Frank, City Manager

11
   Dated: 10-21-08                           MICHAEL SELLERS (named herein as
12                                           "Laguna Beach Police Department Chief
                                             Michael Sellers")
13

14                                           By: _____
                                                 Michael Sellers
15

16 Dated: _____                    CHARLES MILLER (named herein as
                                             "Sergeant Guy Miller")
17

18                                           By: _____
                                                 Charles Miller
19

20 Dated: _____                    JENNEY JONES (named herein as
                                             "Sergeant Jenny Jones")
21

22                                           By: _____
                                                 Jenny Jones
23

24 Dated: _____                    GAREY DUSTIN STAAL (named herein
                                             as "Officer Starl")
25

26                                           By: _____
                                                 Garey Dustin Staal
27

28

972/053733-0513                              -2-
963134.01 a10/15/08

1   Dated: _____

2

3                                              ESTATE OF MATTHEW FRANCIS
                                               DUNLEVY
4

5                                              By:_____
                                                   Terry R. Dunlevy, Estate
6                                                  Representative

7
                                               By:_____
8   Dated: _____                        Kathleen A. Dunlevy, Estate
                                                   Representative
9

10                                             CITY OF LAGUNA BEACH

11
                                               By:_____
12  Dated: _____                        Kenneth Frank, City Manager

13

14                                             MICHAEL SELLERS (named herein as
                                               "Laguna Beach Police Department Chief
15                                             Michael Sellers")

16                                             By:_____
    Dated: _____                        Michael Sellers
17

18

19                                             CHARLES MILLER (named herein as
    Dated: _____                    "Sergeant Guy Miller")
20

21                                             By: _Charles Miller_____
                                                   Charles Miller
22

23                                             JENNEY JONES (named herein as
    Dated: _____                    "Sergeant Jenny Jones")
24

25                                             By:_____
                                                   Jenny Jones
26

27                                             GAREY DUSTIN STAAL (named herein
    Dated: _____                    as "Officer Starl")
28
                                               By:_____
                                                   Garey Dustin Staal

972/053733-0513

| | |
|---|---|
| 1  Dated: _____ | ESTATE OF MATTHEW FRANCIS DUNLEVY |
| 2 | |
| 3 | By: _____ |
| 4 |     Terry R. Dunlevy, Estate Representative |
| 5 | By: _____ |
| 6 |     Kathleen A. Dunlevy, Estate Representative |
| 7 | |
| 8  Dated: _____ | CITY OF LAGUNA BEACH |
| 9 | |
| 10 | By: _____ |
| |     Kenneth Frank, City Manager |
| 11 | |
| 12  Dated: _____ | MICHAEL SELLERS (named herein as "Laguna Beach Police Department Chief Michael Sellers") |
| 13 | |
| 14 | By: _____ |
| 15 |     Michael Sellers |
| 16  Dated: _____ | CHARLES MILLER (named herein as "Sergeant Guy Miller") |
| 17 | |
| 18 | By: _____ |
| 19 |     Charles Miller |
| 20  Dated: 11-4-08 | JENNEY JONES (named herein as "Sergeant Jenny Jones") |
| 21 | |
| 22 | By: _____ |
| 23 |     Jenny Jones |
| 24  Dated: _____ | GAREY DUSTIN STAAL (named herein as "Officer Starl") |
| 25 | |
| 26 | By: _____ |
| 27 |     Garey Dustin Staal |
| 28 | |

972/053733-0513
963134.01 a10/15/08

-2-

1  Dated: _____          ESTATE OF MATTHEW FRANCIS
                                   DUNLEVY
2

3                                  By:_____

4                                     Terry R. Dunlevy, Estate
                                      Representative
5

6                                  By:_____
                                      Kathleen A. Dunlevy, Estate
7                                     Representative

8  Dated: _____          CITY OF LAGUNA BEACH

9
                                   By:_____
10                                    Kenneth Frank, City Manager

11

12 Dated: _____          MICHAEL SELLERS (named herein as
                                   "Laguna Beach Police Department Chief
13                                 Michael Sellers")

14                                 By:_____

15                                    Michael Sellers

16 Dated: _____          CHARLES MILLER (named herein as
                                   "Sergeant Guy Miller")
17

18                                 By:_____

19                                    Charles Miller

20 Dated: _____          JENNEY JONES (named herein as
                                   "Sergeant Jenny Jones")
21

22                                 By:_____

23                                    Jenny Jones

24 Dated: OCT. 30, 2008            GAREY DUSTIN STAAL (named herein
                                   as "Officer Starl")
25

26                                 By_____

27                                    Garey Dustin Staal

28

   972/053733-0513                -2-
   963134.01 a10/15/08

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

On November 5, 2008, I served on the interested parties in said action the within: **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** by placing a true copy thereof in sealed envelope(s) addressed as stated below:

Brian G. Hannemann                          Attorneys for Plaintiffs
Law Offices of Brian G. Hannemann          Terry R. Dunlevy and
1943 North Campus Avenue                    Kathleen A. Dunlevy
Suite B-333
Upland, California  91784

Marc D. Mabile, Esq.                        Attorneys for Plaintiffs
Law Offices of Marc D. Mabile, APLC        Terry R. Dunlevy and
110 West C Street                           Kathleen A. Dunlevy
Suite 1515
San Diego, California 92101

In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice I deposited such envelope(s) in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am confident that they were, such envelope(s) were posted and placed in the United States mail at Costa Mesa, California, that same date. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 5, 2008, at Costa Mesa, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Jacqueline Araujo | |
| --- | --- |
| (Type or print name) | (Signature) |

972/053733-0513
840431.01 a11/05/08